■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD CUMMINGS, Appellant. [654 NYS2d 665] —Appeal by the

defendant from a judgment of the County Court, Westchester County (Murphy, J.), rendered August 12, 1994, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

defendant from a judgment of the County Court, Westchester County (Murphy, J.), rendered August 12, 1994, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Miller, J. P., Thompson, Joy and Luciano, JJ., concur.